UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:       Elsie Carol Rivers                    Case No.   **08-32513-KRH**
             Debtor(s)                             Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

   **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **5/12/2009** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        Elsie Carol Rivers                    Case No.    **08-32513-KRH**
              Debtor(s)                             Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:              Richard J. Oulton, Esq.
                                           The Debt Law Group, PLLC
                                           2800 N. Parham Rd, Ste 100
                                           Henrico, VA 23294
                                           Attorney for the Debtor(s)

:    Chapter 13 Trustee:    Robert E. Hyman, P.O. Box 1780, Richmond, VA 23219-1780

> Attend a hearing which will be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

1/4/2011                                              /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Robert E. Hyman**
**P.O. Box 1780**
**Richmond, VA 23219-1780**

**NAME AND ADDRESSES OF CREDITORS**

AMCA
2269 South Saw Mill River Rd
Building 3
Elmsford, NY 10523


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Check City
6001 W. Broad St.
Richmond, VA 23230


Commonwealth Primary Care
1800 Glenside Dr., Ste 110
Richmond, VA 23226


Eye Specialists of Virginia
7229 Forest Ave.
Suite 104
Richmond, VA 23226


Fedchoice Federal C U
10001 Willowdale Rd
Lanham, MD 20706


GC Services Limited Partnershi
Collection Agency Division
6330 Gulfton
Houston, TX 77081


Henrico Doctor's Hospital
P.O. Box 13620
Richmond, VA 23225-8620


Henrico Doctor's Hospital
P.O. Box 538620
Atlanta, GA 30353-8620


LCA
9 Chase Gayton Dr.,
Apt 1127
Richmond, VA 23238-6513

```
LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Regional Acceptance Co
10051 Midlothian Tpke
Richmond, VA 23235


Verizon Virginia Inc
500 Technology Drive
Weldon Spring, MO 63304


Virginia Women's Center
Div of Summit Health Care
P.O. Box 17670
Baltimore, MD 21297-1670


Zen Lo Dermatology Inc.
10120 W Broad St.
Suite R
Glen Allen, VA 23060-6709
```